1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
   Facsimile:  (415) 268-1999
4  Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   PRIORITY RECORDS LLC; WARNER
7  BROS. RECORDS INC.; UMG
   RECORDINGS, INC.; SONY BMG
8  MUSIC ENTERTAINMENT; and
   ELEKTRA ENTERTAINMENT GROUP
9  INC.
10
11              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12          _____ DIVISION
13
14 PRIORITY RECORDS LLC, a Delaware limited          CASE NO. _____
   liability company; WARNER BROS.
15 RECORDS INC., a Delaware corporation; UMG         **CERTIFICATION OF INTERESTED**
   RECORDINGS, INC., a Delaware corporation;         **ENTITIES OR PERSONS**
16 SONY BMG MUSIC ENTERTAINMENT, a
   Delaware general partnership; and ELEKTRA
17 ENTERTAINMENT GROUP INC., a Delaware
   corporation,
18
19              Plaintiffs,
20
21       v.
22 JOHN DOE,
                    Defendant.
23
24
25
26
27
28

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff PRIORITY RECORDS LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Dated:     March 27, 2008

HOLME ROBERTS & OWEN LLP

By _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
PRIORITY RECORDS LLC; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT; and
ELEKTRA ENTERTAINMENT GROUP INC.

1