AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | E-filing | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>08-cv-1653 SI   3/27/08 | CV 08  CLERK U.S. DISTRICT COURT<br>450 GOLDEN GATE AVE., BOX 36060<br>SAN FRANCISCO, CA 94102 |

| PLAINTIFF | DEFENDANT |
|---|---|
| PRIORITY RECORDS LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ELEKTRA ENTERTAINMENT GROUP INC. | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| **RICHARD W. WIEKING** | | 2 8 MAR 2008 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

ORIGINAL

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.95 2007-12-15 03:58:52 EST        **CASE ID#** 151874567

**P2P Network:** GnutellaUS        **Total Audio Files:** 445

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Avenged Sevenfold | Beast And The Harlot | City Of Evil | 374-368 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Priority Records LLC | Snoop Dogg | Leave Me Alone | Tha Last Meal | 317-638 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Cochise | Audioslave | 322-103 |
| UMG Recordings, Inc. | Sum 41 | Fat Lip | All Killer No Filler | 298-689 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Jumpin' Jumpin' | The Writing's on the Wall | 268-936 |
| Elektra Entertainment Group Inc. | Keith Sweat | How Deep Is Your Love | Make It Last Forever | 86-761 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |