Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email:    matt.jaksa@hro.com

Attorneys for Plaintiffs,
PRIORITY RECORDS LLC; WARNER
BROS. RECORDS INC.; UMG
RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
ELEKTRA ENTERTAINMENT GROUP
INC.

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. _____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#36506 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on California State University,

4  Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks

5  documents that identify Defendant, including the name, current (and permanent) address and

6  telephone number, e-mail address, and Media Access Control addresses for Defendant.  The

7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10  under the Copyright Act.

11

12  DATED:_____        By: _____

13                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#36506 v1