Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
PRIORITY RECORDS LLC; WARNER
BROS. RECORDS INC.; UMG
RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
ELEKTRA ENTERTAINMENT GROUP
INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　Defendant. | CASE NO. 3:08-cv-01653-SI<br><br>**Honorable Susan Illston**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:08-cv-01653-SI
#38257 v1

1   Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs PRIORITY RECORDS LLC, et al., by
2   and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3   against Defendant John Doe, also identified as ID # 151874567 with IP address 207.62.144.95 2007-
4   12-15 03:58:52 EST, each party to bear its/her own fees and costs.  The Clerk of Court is
5   respectfully requested to close this case.

7   Dated:  June 16, 2008                             HOLME ROBERTS & OWEN LLP

9                                                    By:  _____/s/ Dawniell Alise Zavala___
                                                          DAWNIELL ALISE ZAVALA
                                                          Attorney for Plaintiffs
                                                          PRIORITY RECORDS LLC; WARNER
                                                          BROS. RECORDS INC.; UMG
                                                          RECORDINGS, INC.; SONY BMG
                                                          MUSIC ENTERTAINMENT; and
                                                          ELEKTRA ENTERTAINMENT
                                                          GROUP INC.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:08-cv-01653-SI
#38257 v1